**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2501**

———————

FRANCES L. PLEMICH,

Plaintiff - Appellant,

versus

SCOTT ORTHOPEDIC CENTER, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Joseph Robert Goodwin, District Judge. (CA-95-422-3)

———————

Submitted: December 17, 1998        Decided: December 30, 1998

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frances L. Plemich, Appellant Pro Se. Robert Allen Wilson, Jr., CAMPBELL, WOODS, BAGLEY, EMERSON, MCNEER & HERNDON, Huntington, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frances L. Plemich appeals the district court's order granting Appellee's motion for summary judgment and dismissing her claims arising under the Americans with Disabilities Act (ADA), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1998), and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623(a)(1) (1994). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Plemich v. Scott Orthopedic Center, Inc., No. CA-95-422-3 (S.D.W. Va. Sept. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED